| | | | |
|---|---|---|---|
| Case No. | CV 19-00290-AG (GJSx) | Date | January 16, 2020 |
| Title | B.B. King Music Company, LLC v. B.B. King Blues Band, LLC et al | | |

Present: The Honorable  ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE

| Melissa Kunig | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION WITH PREJUDICE ON STIPULATION TO DISMISS CASE

The Court, having been advised by the Plaintiff that this action has been resolved by a Stipulation re Dismissal of Action with Prejudice [39], hereby orders this action dismissed WITH prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

_____ : _____

Initials of Deputy Clerk   mku